UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **JOSEPH CREWS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:09-cv-02288-CLS-HGD |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On November 25, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On December 7, 2009, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS his recommendations. Accordingly, it is ORDERED, ADJUDGED and DECREED that the petition or complaint filed by Crews is CONSTRUED as a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 and as so construed, it is DENIED as

barred by 28 U.S.C. § 2255(e), (f) and (h). The "Petition for Bail" (doc. no. 2) filed with the § 2255 motion is DENIED.

ORDERED this 6th day of January, 2010.

_____
United States District Judge